## STANDARD FOLDING BED CO. *v.* KEELER *et al.*

*(Circuit Court, D. Massachusetts.   January 3, 1890 )*

PATENTS FOR INVENTIONS—TERRITORIAL RIGHTS OF ASSIGNEES.
   One who purchases a patented article from the owner of the patent-right for a certain territory, has no right to sell the same, in the course of trade, in territory for which another owns the exclusive territorial right. Following *Bed Co.* v. *Keeler*, 37 Fed. Rep. 693.

In Equity.   On final hearing.
*E. T. Rice*, Jr., for complainant.
*Causten Browne*, for defendants.

COLT, J.   I see no reason in this case to change the conclusions reached by the court upon the hearing on motion for a preliminary injunction, as reported in 37 Fed. Rep. 693, and I shall therefore direct a decree for complainant, as prayed for in the bill.   Decree for complainant.